# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trenga, Anthony J. | U.S. District Court, ED VA | 03/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, VA 22314

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Miller & Chevalier Retirement Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Potomac Sailmakers, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | VA CLE Committee of Virginia Law Foundation | January 4 - 7, 2013 | Charlottesville, VA | Teaching of Trial Advocacy | Room, meals & mileage |
| 2. | CEELI Institute | February 4 - 7, 2013 | Tunis, Tunisia | Course: Judging in a Democratic Society | Travel, housing & other expenses |
| 3. | VA Association of Defense Attorneys | March 15 - 16, 2013 | Richmond, VA | Trial Tactics Workshop | Room, meals & mileage |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 (IRA) | | | | | | | | | |
| 2. -Vanguard Prime Money Market Fund (VMMXX) | A | Interest | J | T | | | | | |
| 3. -GOODO preferred stock | B | Dividend | K | T | | | | | |
| 4. -PRE.C preferred stock | A | Dividend | | | Sold | 03/10/13 | K | | |
| 5. -Constltn Brds taxable bond | B | Interest | K | T | | | | | |
| 6. -Elec Data Stp taxable bond | B | Interest | | | Sold | 08/01/13 | K | | |
| 7. -Markel Corp taxable bond | B | Interest | | | Sold | 02/15/13 | K | | |
| 8. -Nabisco Inc taxable bond | B | Interest | K | T | | | | | |
| 9. -SLM Corp Var taxable bond | | None | K | T | | | | | |
| 10. -Amer Express | B | Interest | K | T | | | | | |
| 11. -Altria Group | B | Interest | K | T | | | | | |
| 12. -Hasbro Inc. 8 | B | Interest | K | T | | | | | |
| 13. -Aetna Inc. | B | Interest | K | T | | | | | |
| 14. -Yum Brands | A | Interest | J | T | | | | | |
| 15. -Dominion | B | Interest | K | T | | | | | |
| 16. -Waste Mgmt | A | Interest | K | T | | | | | |
| 17. -Midamerican Energy Note | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Consolidated Natural Gas Note | A | Interest | J | T | | | | | |
| 19. -VODA Phone GPP (Taxable Bond) | A | Interest | K | T | | | | | |
| 20. -First Energy (Taxable Bond) | A | Interest | | | Sold | 04/15/13 | K | B | |
| 21. -Telephonica ) (Taxable Bond) | A | Interest | K | T | | | | | |
| 22. -Dow Chemical (Taxable Bond) | A | Interest | J | T | | | | | |
| 23. General Money Market Deposit from a Qualified Plan | A | Interest | N | T | | | | | |
| 24. -Altria (Taxable Bond) | A | Interest | K | T | | | | | |
| 25. -Toyota (Taxable Bond) | A | Interest | K | T | | | | | |
| 26. -Citigroup (Taxable Bond) | A | Interest | | | Sold | 12/13/13 | K | | |
| 27. -PPL | A | Dividend | K | T | | | | | |
| 28. -GEEC Intruts (Taxable Bond) | A | Interest | | | Sold | 05/15/13 | K | | |
| 29. -GTE Corp (Taxable Bond) | A | Interest | K | T | | | | | |
| 30. -Pitney Bowes (Taxable Bond) | A | Interest | K | T | | | | | |
| 31. -FAX (Aberdeen Asia Pacitic Income Fund) | B | Dividend | | | Sold | 10/16/13 | K | | |
| 32. -ETFS Gold Trust (SGOL) | | None | | | Sold | 11/25/13 | J | | |
| 33. -Kroger (KR) | A | Dividend | | | Sold | 02/22/13 | L | D | |
| 34. -Microsoft (MSFT) | A | Dividend | | | Buy | 02/11/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/17/13 | K | C | |
| 36. | | | | | Sold | 07/19/13 | J | A | |
| 37. -Pepsico (PEP) | A | Dividend | K | T | | | | | |
| 38. -Pfizer (PFE) | B | Dividend | | | Sold | 03/13/13 | K | D | |
| 39. -Central Fund of Canada (CEF) | A | Dividend | | | Sold | 06/20/13 | K | | |
| 40. -DXJ (Wisdom Tree Japan) | A | Dividend | | | Sold | 02/14/13 | K | D | |
| 41. -HSBC Taxable Bond | B | Interest | K | T | | | | | |
| 42. -Van Kampen Unit Trust | B | Interest | | | Sold | 04/25/13 | K | | |
| 43. -Van Kampen Unit Trust | B | Interest | | | Sold | 04/25/13 | K | | |
| 44. -SPDR Barclay Cap High Yield (JNK) | C | Interest | K | T | | | | | |
| 45. -Intel (INTC) | B | Dividend | K | T | | | | | |
| 46. -ISHARES Barclays MBS Bond ETF (MBB) | A | Dividend | | | Sold | 10/16/13 | K | | |
| 47. -Aetna, Inc. (AET) | A | Dividend | | | Sold | 02/13/13 | K | C | |
| 48. -Barrick Gold (ABX) | A | Dividend | | | Sold | 04/15/13 | K | | |
| 49. -Deere & Co. (DE) | A | Dividend | K | T | | | | | |
| 50. -McDonalds Corp. (MCD) | A | Dividend | J | T | | | | | |
| 51. -Norfolk Southern Corp. (NSC) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -Republic Services (RSG) | A | Dividend | | | Sold | 01/30/13 | L | D | |
| 53. | -VODA Phone Goup PLC (VOD) | A | Dividend | K | T | | | | | |
| 54. | -Walter Energy (WLT) | A | Dividend | | | Sold | 06/26/13 | J | | |
| 55. | -Vanguard MSCI Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 56. | -Stanley Black&Decker (SWJ) | B | Dividend | K | T | | | | | |
| 57. | -Global Bond Income ▨ | B | Dividend | K | T | | | | | |
| 58. | -ESRX | | None | K | T | Buy | 10/30/13 | K | | |
| 59. | -MET | A | Dividend | K | T | Buy | 10/14/13 | K | | |
| 60. | -WMT | A | Dividend | K | T | Buy | 09/25/13 | K | | |
| 61. | -CAH | A | Dividend | K | T | Buy | 08/23/13 | K | | |
| 62. | -CVX | B | Dividend | K | T | Buy | 08/02/13 | K | | |
| 63. | -IBM | B | Dividend | K | T | Buy | 07/19/13 | L | | |
| 64. | -WFC | A | Dividend | K | T | Buy | 06/26/13 | K | | |
| 65. | -GIM | B | Dividend | K | T | Buy | 06/10/13 | K | | |
| 66. | -GE | B | Dividend | K | T | Buy | 05/22/13 | K | | |
| 67. | -CSCO | A | Dividend | K | T | Buy | 05/13/13 | K | | |
| 68. | -XON | A | Dividend | K | T | Buy | 04/09/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -TD | B | Dividend | K | T | Buy | 04/03/13 | K | | |
| 70. -AAPL | A | Dividend | K | T | Buy | 03/05/13 | K | | |
| 71. -WFCJ | B | Interest | K | T | Buy | 02/20/13 | K | | |
| 72. -BKLM | A | Interest | J | T | Buy | 02/07/13 | J | | |
| 73. -T | B | Interest | K | T | Buy | 01/23/13 | K | | |
| 74. -HYS | B | Interest | K | T | Buy | 01/08/13 | K | | |
| 75. -APA | A | Dividend | | | Buy | 01/13/13 | K | | |
| 76. | | | | | Sold | 08/02/13 | K | | |
| 77. -FCX | A | Dividend | | | Buy | 02/06/13 | K | | |
| 78. | | | | | Sold | 04/15/13 | K | | |
| 79. -JCI | A | Dividend | | | Buy | 08/30/13 | K | | |
| 80. | | | | | Sold | 12/11/13 | K | C | |
| 81. -EMLC | A | Dividend | | | Buy | 01/15/13 | K | | |
| 82. | | | | | Sold | 10/10/13 | J | | |
| 83. -DBA | A | Dividend | | | Buy | 04/12/13 | K | | |
| 84. | | | | | Sold | 06/21/13 | K | | |
| 85. Brokerage Account #3 (IRA) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Money Market (Robert W. Baird & Co.) | A | Interest | J | T | | | | | |
| 87. -WSHCX mutual fund | A | Dividend | J | T | | | | | |
| 88. -First Eagle Global C FESGX | A | Dividend | J | T | | | | | |
| 89. -Pimco Total Return C PTTCX | A | Dividend | J | T | | | | | |
| 90. -PTTCX (PIMCO Total Return GL C) | A | Dividend | J | T | | | | | |
| 91. -PTLCX (PIMCO Low Duration CL C) | A | Dividend | J | T | | | | | |
| 92. Brokerage Account #4 | | | | | | | | | |
| 93. -BBBY | | None | K | T | Buy | 12/30/13 | K | | |
| 94. -ESRX | | None | K | T | Buy | 10/30/13 | K | | |
| 95. -MET | A | Dividend | J | T | Buy | 10/14/13 | J | | |
| 96. -WMT | A | Dividend | K | T | Buy | 09/25/13 | K | | |
| 97. -CAH | A | Dividend | K | T | Buy | 08/23/13 | J | | |
| 98. -MCD | A | Dividend | K | T | Buy | 08/14/13 | K | | |
| 99. -CVX | A | Dividend | K | T | Buy | 08/02/13 | K | | |
| 100. -WFC | A | Dividend | K | T | Buy | 06/26/13 | J | | |
| 101. -CSCO | A | Dividend | K | T | Buy | 05/13/13 | K | | |
| 102. -TD | A | Dividend | K | T | Buy | 04/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -DE | A | Dividend | K | T | Buy | 04/02/13 | K | | |
| 104. -AAPL | A | Dividend | K | T | Buy | 03/05/13 | K | | |
| 105. -HYS | A | Dividend | K | T | Buy | 01/08/13 | K | | |
| 106. -Money Market (Robert W. Baird & Company) | A | Interest | J | T | | | | | |
| 107. -Wells Fargo BK ▓ | | None | | | Sold | 01/07/13 | K | | |
| 108. -Central Fund of Canada (CEF) | A | Dividend | | | Sold | 06/20/13 | K | B | |
| 109. -AT&T (T) | C | Dividend | J | T | | | | | |
| 110. -▓ (NYC NY Tax Exempt Bond) | B | Interest | K | T | | | | | |
| 111. -BRKZB common stock | | None | K | T | | | | | |
| 112. -GE common stock | B | Dividend | K | T | | | | | |
| 113. -JNJ common stock | B | Dividend | L | T | | | | | |
| 114. -MSFT common stock | A | Dividend | | | Sold | 07/19/13 | K | D | |
| 115. -First Eagle Global Fund A, ▓, SGENX | A | Dividend | K | T | | | | | |
| 116. -Fairfax, VA (Non-Taxable Bond) ▓ | A | Interest | K | T | | | | | |
| 117. -Century Link, Inc. (CTL) | C | Dividend | | | Sold | 12/01/13 | K | | |
| 118. -Fairfax, VA (Tax Exempt Bond) ▓ | A | Interest | K | T | | | | | |
| 119. -BAC CPI (Tax Exempt Bond) ▓ | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Fairfax, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 121.  -ISHRS Gold Trust ETF (SGOL, Previously Listed as IAW) | | None | | | Sold | 11/25/13 | K | | |
| 122.  -Fort Bend, TX            previously             Tax Exempt Bond | A | Interest | K | T | | | | | |
| 123.  -Danville, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 124.  -Fairfax, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 125.  -NUV (Nuveen Municipal Value Fund) | A | Dividend | K | T | | | | | |
| 126.  -Exxon (XOM) | B | Dividend | L | T | | | | | |
| 127.  -Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 128.  -ALPS ETF (AMLP) | A | Dividend | K | T | | | | | |
| 129.  -Novartis (NVS) | A | Dividend | K | T | | | | | |
| 130.  -Vodafone Group PLC (VOD) | B | Dividend | | | Sold | 09/23/13 | K | D | |
| 131.  -VA. ST. CLLG (Tax Exempt) | A | Interest | K | T | | | | | |
| 132.  -ABX | | None | | | Buy | 03/14/13 | K | | |
| 133. | | | | | Sold | 04/15/13 | K | | |
| 134.  -FCX | A | Dividend | | | Buy | 03/18/13 | K | | |
| 135. | | | | | Sold | 04/15/13 | K | | |
| 136.  -JCI | A | Dividend | | | Buy | 08/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/11/13 | K | C | |
| 138. UBS Account #2 | | | | | | | | | |
| 139. -Money market acct. (UBS) | A | Dividend | | | Closed | 01/29/13 | J | | |
| 140. -Am. Funds Cap Income Building Fund CL A Mutual Fund | | None | | | Sold | 01/29/13 | J | A | |
| 141. -Putnam New Opportunity Fund CL A Mutual Fund | A | Dividend | | | Sold | 01/29/13 | J | A | |
| 142. -Pace Large Co. Value Equity Investment Fund CL A | A | Dividend | | | Sold | 01/29/13 | J | A | |
| 143. Brokerage Account #6 | | | | | | | | | |
| 144. -Morgan Stanley US Gov't Sec TR B Mutual Fund (USGBX) | A | Dividend | J | T | | | | | |
| 145. Janus7 Fund (JANSX) | A | Dividend | J | T | | | | | |
| 146. IBM common stock | A | Dividend | K | T | | | | | |
| 147. Dominion Resources Inc. common stock | B | Dividend | K | T | | | | | |
| 148. Navy Federal Credit Union (IRA #1) (CD) | A | Interest | J | T | | | | | |
| 149. Navy Federal Credit Union (IRA #2) (CD) | A | Interest | J | T | | | | | |
| 150. Navy Federal Credit Union (IRA #3) (CD) | A | Interest | J | T | | | | | |
| 151. Navy Federal Credit Union CD | B | Interest | M | T | | | | | |
| 152. Navy Federal Credit Union Accounts | B | Interest | K | T | | | | | |
| 153. Burke and Herbert Bank Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Wachovia Bank Accounts | B | Interest | K | T | | | | | |
| 155. Northwestern Mutual Joint Complife Insurance Policy | E | Dividend | O | T | | | | | |
| 156. SFT Holdings LLC Stock | | None | J | U | | | | | |
| 157. USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 158. Robert W. Baird & Co. checking and cash management accounts | B | Interest | M | T | | | | | |
| 159. DRYFUSS money market accounts GGM & GMA | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 03/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ISHS MSLI ASTRLIA, cited on Line 68 of the 2012 Financial Dislcosure Report (pertaining to Brokerage Account #2, was purchased on 01/27/2012 (D(3) value = K) and sold on 09/12/2012 (D(3) value = K).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anthony J. Trenga**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544